UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| RONDA D. BUTLER substituted party for James D. Butler (deceased),<br><br>                    Plaintiff,<br><br>      vs.<br><br>CAROLYN W. COLVIN Acting Commissioner of Social Security,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)   No. 1:14-cv-01272-TWP-MJD<br>)<br>)<br>)<br>)<br>)<br>) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Magistrate Judge submitted his Report and Recommendation on Plaintiff's Complaint for Judicial Review. The parties were afforded due opportunity pursuant to statute and the rules of this Court to file objections; none were filed. The Court, having considered the Magistrate Judge's Report and Recommendation, hereby adopts the Magistrate Judge's Report and Recommendation.

Date: 6/8/2015

_____
TANYA WALTON PRATT, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Andrew P. Sheff
SHEFF LAW OFFICE
andrew@shefflegal.com

Thomas E. Kieper
UNITED STATES ATTORNEY'S OFFICE
tom.kieper@usdoj.gov